# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROY HANSEN, JANE HANSEN,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-1078-Orl-31KRS**

**CITY OF DELAND, FLORIDA,**

        **Defendant.**

_____

## ORDER

In consideration of Plaintiff's Motion to Remand (Doc. 18) and Defendant's response thereto (Doc. 22), this Court finds that the Federal issue in this case is not ripe. *See Williamson County Regional Planning Comm'n v. Hamilton Bank,* 473 U.S. 172, 195 (1985).  Therefore, subject matter jurisdiction is lacking in this Court.  Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED and the case is REMANDED to state court. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2006.

                                                    GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party