**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY HANSEN, JANE HANSEN,**

        **Plaintiffs,**

**-vs-**                                                 Case No.  6:06-cv-1078-Orl-31KRS

**CITY OF DELAND, FLORIDA,**

        **Defendant.**

_____

## ORDER

Upon consideration of Plaintiffs' Renewed Motion for Award of Attorney's Fees and Costs (Doc. 24), and Defendant's Response thereto (Doc. 25), it is

**ORDERED** that the Motion is GRANTED.  Pursuant to 28 U. S. C. section 1447(c), Defendant, City of Deland, is hereby ordered to pay Plaintiffs', within 20 days from the date of this Order, the sum of $3,000, which the Court considers to be a reasonable fee for contesting removal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 3, 2006.

                                                              GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party